## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-05-1292-F |
| | ) |
| PAUL GALYON, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the court is defendant Paul Gaylon's Motion to Quash (doc. no. 22), filed on December 22, 2005.

The court has reviewed the motion and finds that no response is necessary. The motion to quash is **GRANTED** substantially for the reasons set forth in the motion.

The court has concluded that all discovery proceedings in this action should be stayed pending preliminary proceedings which may include a determination of the sufficiency of the complaint. Accordingly, all discovery proceedings in this action are hereby **STAYED** until the further order of the court. This includes issuance of subpoenas, taking of depositions, serving of interrogatories and document requests, as well as all other discovery devices. If any such discovery is sought in violation of this stay, it shall be sufficient for the responding party to file a motion to quash citing only this order.

Dated this 23rd day of December, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1292p006(pub).wpd