**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DAVID WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-05-1292-F |
| ) | |
| PAUL GALYON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Two motions are before the court. The first is plaintiff David Wilson's "Motion Asking for Court Order," filed January 4, 2006. (Doc. no. 28). The second is Mr. Wilson's "Motion to Add or Amend Parties," filed January 4, 2006. (Doc. no. 29). The court has carefully reviewed the motions. Having done so, it finds and concludes that the motions should be denied at this stage but that the denial should be without prejudice to reconsideration of the motions at a later date, should the motions be re-urged by Mr. Wilson following preliminary proceedings which may include determination of the sufficiency of the First Amended Complaint. Accordingly, the motions are **DENIED** without prejudice to reconsideration at a later date.

Dated this 6th day of January, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1292p007(pub).wpd